UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL BUSINESS
MACHINES, CORP.,

    Plaintiff,

v.                                  Case No.: 8:15-cv-00431-SCB-TBM

PREMISE, INC.,

    Defendant.
_____/

## STIPULATED PRELIMINARY INJUNCTION

Plaintiff, International Business Machines, Corp., and Defendant, Premise, Inc., have stipulated to the following preliminary injunction which will remain in effect during the pendency of this litigation, until further order of this Court. Therefore, it is ORDERED, ADJUDGED, AND DECREED as follows:

1.     IBM is a corporation organized and existing under the laws of New York with a principal place of business in Armonk, New York.

2.     Defendant is a Florida corporation that lists its principal address with the Florida Secretary of State as 4904 Creekside Drive, Clearwater, Florida, 33760.

3.     This Court has jurisdiction on the subject matter of this action under 28 U.S.C. § 1331 and 28 U.S.C. § 1332(a)(1), IBM's claims under 15 U.S.C. §§ 1114 & 1125, and pendant and related state law claims, and over the remaining claims under 28 U.S.C. §§ 1338(b) and 1367(a).

4.     Venue over the cause is proper in this Court pursuant to 28 U.S.C. 1391 in that Defendant or its agents may be found in this District and IBM's laim arises within this District.

{BC00064554:1}

5. Personal jurisdiction over Defendant is vested in this Court by virtue of (a) Defendant's general presence within Florida due to its offering for sale of its products within the state; and (b) Defendant's specific presence within Florida due to it selling and offering to sell within Florida the goods at issue in this complaint.

6. IBM is an American multinational technology and consulting corporation that manufactures and markets computer hardware and software, and offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

7. "IBM" has been registered as a United States Trademark since at least 1957 (Registration Nos. 640,606 and 1,058,803).

8. IBM offers third party companies the opportunity to become exclusive IBM Business Partners. Becoming an IBM Business Partner provides access to a broad range of resources to help build, sell and implement solutions based on IBM products and services. It also provides member companies access to IBM marks, which highlights the companies' dedication to the pursuit of excellence and commitment to the newest technological solutions.

9. IBM has registered trademarks protecting both the IBM Business Partner logo and the words "IBM Business Partner." (Registration number 2239159).

10. Defendant, its affiliates, officers, directors, agents, representatives, attorneys, and all persons acting or claiming to act on their behalf or under their direction or authority, and all persons acting in concert or participation therewith, are preliminarily enjoined and restrained, until further order of this Court, from:

(i) advertising or otherwise representing to members of the public that Defendant is an IBM Business Partner or IBM Premier Business Partner.

11.  (ii)  The parties further agree that:

(i)  Should IBM locate any reference to Defendant identifying or holding itself out to the public at large as an IBM Business Partner or an IBM Premier Business Partner on any website or advertisement controlled by Defendant, IBM will provide written notice to Defendant of such reference, and Defendant will remove said reference within five (5) business days;

(ii)  IBM shall not seek contempt or sanctions for violation of this Stipulated Preliminary Injunction unless Defendant fails to remove such reference within the five (5) day cure period described above and so long as the reference was created on or before the date of this Stipulated Preliminary Injunction;

(iii)  IBM may request further or additional interim relief from this Court as discovery progresses;

12.  The parties will bear their own attorney's fees and costs relative to this proposed stipulated preliminary injunction.

Dated: 4-13-2015

Susan C. Bucklew
United States District Judge